**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                       NO. 4:14CR00186-01 JLH

ALPHONSO WYNN                                                                          DEFENDANT

**ORDER**

Court convened for the jury trial of this matter on October 28, 2014.  During the pretrial conference, counsel for the United States moved for a continuance.  Over the objection of the defense, the motion for continuance was granted.  The jury trial is hereby rescheduled to begin at **9:15 a.m., on MONDAY, NOVEMBER 17, 2014**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.  Counsel are to be present thirty minutes prior to trial.

IT IS SO ORDERED this 28th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE