# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                       NO. 4:14CR00186 JLH

ALPHONSO WYNN                                                                        DEFENDANT

## ORDER

For reasons stated on the record today, the motion to dismiss Count 1 of the indictment is DENIED.  Document #20.  Alphonso Wynn's motions in limine are GRANTED without objection.  Documents #32 and #33.  Alphonso Wynn's motion to dismiss based on the First Amendment will be held in abeyance until after the trial.  Document #36.

IT IS SO ORDERED this 28th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE