**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                              No. 4:14CR00186 JLH

ALPHONSO WYNN                                                       DEFENDANT

**ORDER**

Pursuant to the mandate of the United States Court of Appeals for the Eighth Circuit, Alphonso Wynn's conviction under 18 U.S.C. § 875(c) is vacated. The judgment and commitment order is hereby amended accordingly.

IT IS SO ORDERED this 18th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE